### H. L. Butler v. The State.

No. 10055.   Delivered February 3, 1926.

**Burglary—Appeal Dismissed—On Request of Appellant.**

Where an appellant requests that his appeal be dismissed, and such request is verified by his affidavit, the request will be granted.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction of burglary, penalty three years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—The conviction was for burglary in Criminal District Court of Dallas County, with punishment fixed at three years in the penitentiary.

In an affidavit in proper form appellant signifies a desire to have this appeal dismissed in order that he may accept the sentence of the court below.  The request is granted.  The appeal is dismissed.

*Dismissed.*